# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. HERNANDEZ, Petitioner, v. D. DAVEY, Respondent. | CASE NO. 2:15-CV-08069-JVS (SK) **JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: November 03, 2017

HON. JAMES V. SELNA
U.S. DISTRICT JUDGE